**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 00-1182**

-----

DIMITRA TANGIRES,

                                        Plaintiff - Appellant,

        versus

THE JOHNS HOPKINS HOSPITAL,

                                        Defendant - Appellee.

-----

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-98-4181-H)

-----

Submitted:  July 31, 2000          Decided:  September 20, 2000

-----

Before MURNAGHAN[*] and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Dimitra Tangires, Appellant Pro Se.  Neal Serotte, Elizabeth Gross
Jacobs, SEROTTE, ROCKMAN & WESCOTT, P.A., Baltimore, Maryland, for
Appellee.

-----

        [*] Judge Murnaghan was assigned to the panel in this case but
died prior to the time the decision was filed.  The decision is
filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dimitra Tangires appeals the district court's order granting summary judgment to Johns Hopkins Hospital on her complaint filed under the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 2000) and the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-797 (West 1999 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm. See Tangires v. Johns Hopkins Hosp., No. CA-98-4181-H (D. Md. Jan. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED